No. 00–9229.  MANNING v. SMITH, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–9254.  WINSLOW v. O'NEILL, SECRETARY OF THE TREASURY.  C. A. 8th Cir.  Certiorari denied.

No. 00–9266.  MILLER v. COWAN, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 00–9267.  REGER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–9271.  BALDWIN v. PINCHAK, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–9274.  MOCKLER v. MARITIME & NORTHEAST PIPELINE, L. L. C.  C. A. 1st Cir.  Certiorari denied.

No. 00–9289.  JONES v. BATTLE, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 00–9313.  THOMAS v. NEW YORK STATE EXECUTIVE DIVISION OF PAROLE.  Ct. App. N. Y.  Certiorari denied.

No. 00–9327.  BECKER v. GHEE, CHAIR, OHIO ADULT PAROLE AUTHORITY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–9333.  GARY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–9344.  CLARK v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 00–9374.  FAHLE v. CORNYN, ATTORNEY GENERAL OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 00–9393.  SANDERS v. ALFORD, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–9394.  PERROTTE v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.